Gregory W. INGRAM, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 2010–3186.

United States Court of Appeals,
Federal Circuit.

May 20, 2011.

Gregory W. Ingram, Washington, DC, pro se.

Before RADER, Chief Judge, LOURIE and O'MALLEY, Circuit Judges.

## ON MOTION

### ORDER

PER CURIAM.

The Office of Personnel Management (OPM) moves without opposition to remand this case for further proceedings.

Gregory W. Ingram filed an action at the Board challenging OPM's denial of his application for disability retirement. The Board affirmed OPM's decision, finding that the record did not show that Ingram suffered any medical condition requiring his absence from the workplace or affecting his ability to perform the essential duties of his job. In considering Ingram's claim, the administrative judge noted, inter alia, that the Social Security Administration (SSA) had denied his claim for disability benefits.

OPM indicates that on May 2, 2010, after the administrative judge's decision, the SSA awarded Ingram disability benefits. OPM states that the Board should consider this award of benefits along with the other evidence of disability. We grant the motion so that the Board may consider the award of disability benefits.

Accordingly,

IT IS ORDERED THAT:

The motion to remand is granted. The Board's decision is vacated and the case is remanded for further proceedings.